File Hashes for IP Address 108.18.246.71

**ISP:** Verizon Online, LLC
**Physical Location:** Arlington, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/17/2015 18:43:59 | F3CB1E97E667A556FF06A56BB1B045D7BA9CC031 | Russian Connection |
| 06/17/2015 02:56:27 | 70096782852F9ECDC39E57E98DC415B1C1721071 | Rope Priority |
| 06/16/2015 23:32:38 | 75D80D1C22D33C98CA4377FA2929158AD7680255 | Group Sex |
| 06/16/2015 21:50:37 | BD66395FF3128DFA826CCD80B3289B3E407B2142 | Dancing Romance |
| 06/08/2015 14:21:29 | 9D0FCEFAA58CFA256C682568A316189A6420BAF7 | Cum Inside the Fantasy Suite |
| 06/08/2015 13:30:29 | CC3E5E276D0E8E7F9FDDE86FA17CEDDAE638CF68 | Do It To Me One More Time |
| 06/08/2015 13:20:21 | 6A18A2F71818F5AD07A404D4137C5DA8B06CA0E2 | Come Together Part #2 |
| 06/08/2015 13:13:47 | D1A210158BD861F65340F87FDDDB5BEA73958272 | Take Your Picture |
| 06/08/2015 12:58:09 | 5F0B36D3571B6AA3502887465E71B1275F8BB250 | Do Not Keep Me Waiting Part #1 |
| 06/08/2015 12:43:20 | 8FEFE11E7C1566B86F362E63A5A0A4F1DCEC1165 | Little Play Thing |
| 06/08/2015 12:36:58 | 1121091A4DD2D3B72E8E22389FDA1EFD94725479 | Retro Romp |
| 06/08/2015 12:12:01 | 5A1B4EF8591CBF4005162C183F53A5CAC258464D | Hippie Chic |
| 06/08/2015 12:08:48 | F41EE30A9D4F00C9A9790C01560D3820CDE0C623 | Above The Air |
| 06/08/2015 12:00:16 | A14C1BE9212A3AD231621D5CA2855F89A388CC8F | First Lesbian Experience |
| 06/08/2015 11:06:09 | 166BFDEBF03993F0B8AD4EF1B4F49A859052185E | Good Morning I Love You |
| 06/08/2015 09:27:18 | 448A9EEE399BE6709E5BF555967598A796AA1B99 | Dripping Pleasures |
| 06/08/2015 08:44:12 | D7373E6A780BCC7913683B6A768A6AB16875C6A3 | Capture Me |
| 04/10/2015 11:30:11 | C2E8A3B9CE3DE3289A1F375F6D5C2DFC340B8574 | Make Up Sex |
| 04/10/2015 11:26:01 | 3C4914ED405F1AF2D05D2331F7AFF65753B4E1E5 | Super Nymphs |
| 04/10/2015 10:07:09 | FA09A16F22BF596AE068D10BE4FA703172AE6B6F | Blondes Love Brunettes |
| 04/10/2015 10:06:31 | B04A530DB4F56F473810363B45421C06B2D06C4A | Let Me Join You |
| 04/10/2015 09:56:36 | F28D0927E5BE74E2D3052286F5C52A5E4D62EED8 | Spread Across The Floor |

EXHIBIT A

EVA280

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/10/2015 09:34:23 | 248256369A3966B11E596903FBC667488DE26D9C | Best Friends With Benefits |
| 04/10/2015 09:18:17 | 89A9A5EAD1D52CE7953603B1CDF9FD582807EA1F | UnBREElievable |
| 04/10/2015 06:47:39 | 2ECCCAE4DBC833AAFEE7071F5D524D0FC60F189F | Take Me Now |
| 04/04/2015 05:09:36 | E49B3BB322043E93790383F3FC8E99410C97C879 | Good Morning Baby |

**Total Statutory Claims Against Defendant: 26**